UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

-------------------------------------------------------
                                            :
PETER SCHNEIDER,                            :     CASE NO. 1:16-CV-02502
                                            :
          Plaintiff,                        :
                                            :
vs.                                         :     OPINION & ORDER
                                            :     [Resolving Doc. No. 1]
NANCY A. BERRYHILL,                         :
Acting Commissioner of Social Security,     :
                                            :
          Defendant.                        :
                                            :
-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff Peter Schneider challenges the final decision of Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, denying his applications for Period of Disability and Disability Insurance Benefits, under Title II of the Social Security Act, 42 U.S.C. §§ 416(i) and 423 et seq.[1]

Under Local Rule 72.2, the Court referred the petition to Magistrate Judge Jonathan D. Greenberg for a Report and Recommendation. On August 16, 2017, Magistrate Judge Greenberg issued a report recommending that the Court affirm the Commissioner's final decision.[2] The Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **AFFIRMS** the Commissioner's decision.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.[3]

---

[1] Doc. 1.
[2] Doc. 15.
[3] 28 U.S.C. § 636(b)(1).

Case No. 1:16-cv-02502
Gwin, J.

Parties must file any objections to a Report and Recommendation within fourteen days of service.[4] Failure to object within that time waives a party's right to appeal the magistrate judge's recommendation.[5] Absent objection, a district court may adopt the magistrate judge's report without review.[6]

In this case, neither party objected to the Magistrate Judge's recommendation. Accordingly, the Court **ADOPTS** in whole Magistrate Judge Greenberg's Report and Recommendation and incorporates it fully herein by reference.

IT IS SO ORDERED.

Dated: September 25, 2017                    s/        *James S. Gwin*
                                                                 JAMES S. GWIN
                                                                 UNITED STATES DISTRICT JUDGE

---

[4] Fed. R. Civ. P. 72(a).
[5] *Id. See Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).
[6] *Thomas*, 474 U.S. at 149.